# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

BILLY HESS,

      Plaintiff,

v.

      Case No. 2:17-cv-518
      Chief Judge Edmund A. Sargus, Jr.
      Chief Magistrate Judge Elizabeth Preston Deavers

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 3, 2018. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

For the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **OVERRULES** Plaintiff's Statement of Errors, and **AFFIRMS** the Commissioner of Social Security's decision.

**IT IS SO ORDERED.**

9-4-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE